# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| NAOMI STURGILL,<br>　　Plaintiff, | Case No. 1:18-cv-607 |
| vs. | Judge Timothy S. Black |
| COMMISSIONER OF SOCIAL SECURITY,<br>　　Defendant. | Magistrate Judge Stephanie Bowman |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 17)
## AND TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on August 15, 2019, submitted a Report and Recommendation. (Doc. 17). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this case. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 17) is **ADOPTED**;

2. The Commissioner's decision is **REVERSED** and **REMANDED** for an immediate award of benefits; and

3. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 9/26/2019                                                                  *s/ Timothy S. Black*
                                                                                 Timothy S. Black
                                                                                 United States District Judge