# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| NAOMI RUTH STURGILL,<br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of the Social Security Administration,<br>Defendant. | Civil Action No.: 1:18-cv-0607<br><br>Judge Black<br><br>Magistrate Judge Bowman |

## ORDER

This cause coming before the Court on the motion and stipulation of the parties, due notice having been given, and the Court being fully advised:

The Court grants the parties' Joint Motion for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and the Commissioner shall pay Plaintiff $2,337.00 in attorney fees and expenses, and $400 in costs, for a total amount of $2,737.00 (two thousand seven hundred thirty-seven dollars). The award of attorney fees, expenses, and costs will fully satisfy and settle any and all of Plaintiff's claims under 28 U.S.C. § 2412 that may be payable in this case. Prior to Plaintiff filing an EAJA petition, the parties jointly reached a resolution to settle EAJA fees in this case. The parties' Stipulation represents a compromise on disputed positions and is not intended to set precedent for, or a representation of, any specific hourly rate or total number of hours.

Any fees paid belong to Plaintiff and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States, pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521 (2010). After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award

be made payable to Plaintiff's attorney pursuant to an EAJA assignment duly signed by Plaintiff.

Date: 12/17/19    Entered: *Timothy S. Black*
                            USDJ